IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COLENE L. STRONG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-02217-DDC-KGG |
| ) | |
| ATCHISON HOSPITAL ASSOCIATION ) | |
| and JANET RAWSON ENZBRENNER, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JANET RAWSON ENZBRENNER PURSUANT TO FED.R.CIV.P. 41(a)(1)**

**COMES NOW** Plaintiff, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby submits this Voluntary Stipulation of Dismissal With Prejudice of Defendant Janet Rawson Enzbrenner from this action. This dismissal shall not affect any claim brought in this action other than those brought against Defendant Janet Rawson Enzbrenner.

MORRIS LAING EVANS BROCK
& KENNEDY CHARTERED

By  /s/ *Trevor C. Wohlford*
Trevor C. Wohlford           #19443
800 S.W. Jackson, Suite 1310
Topeka, Kansas 6612
P: (785) 430-2012
F: (785) 232-9983
twohlford@morrislainng.com

and

2

MORRIS LAING EVANS BROCK
& KENNEDY CHARTEERED

By  /s/ *John W. Johnson*
John W. Johnson                    #07684
300 N. Mead, Suite 200
Wichita, Kansas 67202
P: (316) 262-2671
F: (316) 262-6226
jjohnson@morrislaing.com
wwohlford@morrislaing.com
**ATTORNEYS FOR PLAINTIFF**


GIBSON WATSON MARINO L.L.C.

By  /s/ *Michelle M. Watson*
Michelle M. Watson                 #18267
Justen P. Phelps                   #22670
301 N. Main, Suite 1300
Wichita, Kansas 67202
P: (316) 264-7321
michelle@gwmks.com
justen@gwmks.com
**ATTORNEYS FOR DEFENDANT
ATCHISON HOSPITAL
ASSOCIATION**


BENNETT, BODINE & WATERS, P.A.


By  /s/ *Diane L. Waters*
Diane L. Waters          #18238
11125 Johnson Drive
Shawnee, Kansas  66203
P: (913) 948-7900
F: (913) 948-7901
dwaters@bbw-law.com
**ATTORNEY FOR DEFENDANT
JANET RAWSON ENZBRENNER**